SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
SEAN RICHMOND, Chief Deputy City Attorney (210138)
JULIA VAN ROO, Senior Deputy City Attorney (274169)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE,
MARK SUTTLES, MATTHEW PORCELLI, and
MARIO BRASIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO LOMELI,<br>Plaintiff,<br>v.<br>CITY OF SAN JOSE, et al,<br>Defendants. | Case Number: 5:26-CV-05183-SVK<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING RESPONSE TIME AND BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Mario Lomeli ("Plaintiff"), and Defendants City of San José ("City"), Mark Suttles, Matthew Porcelli, and Mario Brasil (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the City of San José was served with the complaint in the above-mentioned matter on July 20, 2026 and its responsive pleading deadline is August 10, 2026.

WHEREAS, as of August 10, 2026, the other defendants have not yet been served;

WHEREAS, the City Attorney's Office is representing and has obtained permission to accept service on behalf of defendants Mark Suttles, Matthew Porcelli, and Mario Brasil;

WHEREAS, the City Attorney's Office is in the process of determining whether defendant Joseph Paolini will accept its representation and allow counsel to accept service on his behalf;

WHEREAS, the parties have met and conferred regarding the City's deadline and counsel's need for additional time to sort out representation of the other City defendants;

WHEREAS, the parties have agreed to extend Defendants' responsive deadline to allow the parties additional time to sort out representation and service issues and allow jointly represented defendants to coordinate their responsive pleading and to accommodate counsel's trial schedule;

NOW THEREFORE, the parties by and through their counsel, propose and agree that:

1. Defendants' response to Plaintiff's complaint shall not be due until October 16, 2026;
2. Plaintiff's opposition to any motion to dismiss shall not be due until November 20, 2026;
3. Defendants' optional reply to Plaintiff's opposition shall not be due until December 8, 2026;
4. The Initial Case Management Conference shall be moved to February ~~2~~ 9, 2027; and
5. The Case Management Event Deadlines shall be adjusted accordingly.

**IT IS SO STIPULATED.**

Dated: August 10, 2026

SUSANA ALCALA WOOD, City Attorney

By: *____/s/ Julia Van Roo____________*
JULIA VAN ROO
Sr. Deputy City Attorney

Attorneys for Defendant
CITY OF SAN JOSE

Dated: August 10, 2026

LAW OFFICES OF KENNETH C. ODIWE, PC

By: *___/s/ K. Chike Odiwe___________*
K. CHIKE ODIWE

Attorney for Plaintiff
MARIO LOMELI

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 11, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

I, Julia Van Roo, attest pursuant to Northern District Local Rule 5-1(h)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing and their electronic signature to this document.

Dated: August 10, 2026

*/s/ Julia Van Roo*
JULIA VAN ROO
Sr. Deputy City Attorney